# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RIOS BLAS,<br><br>    Plaintiff,<br><br>v.<br><br>LOBEL FINANCIAL CORPORATION,<br><br>    Defendant. | Case No. 1:19-cv-00693-LJO-EPG<br><br>**ORDER GRANTING WITHDRAWAL OF NATHAN VOLHEIM'S PRO HAC VICE APPLICATION AND RECEIVE A REFUND**<br><br>**(ECF Nos. 4, 6, 7)** |

Plaintiff, Jose Rios Blas, by and through his attorneys, Wajda Law Group, APC, have requested that he be allowed to withdraw Nathan Volheim's *pro hac vice* application, filed on May 20, 2019 (ECF No. 4) and that the $225.00 filing fee be refunded. The parties have notified the Court that they have settled the case (ECF No. 5), and the Court has not yet processed the *pro hac vice* application, which was filed just a few days before the parties notified the Court of the settlement. Under these circumstances, the Court finds good cause for granting the request. Accordingly,

IT IS ORDERED THAT Nathan Volheim's *pro hac vice* application (ECF No. 4) is withdrawn. The Clerk of the Court is respectfully directed to refund Plaintiff's filing fee for the *pro hac vice* application in the amount of $225.00.

IT IS SO ORDERED.

Dated: **May 24, 2019**                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1