UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RIOS. BLAS,<br><br>                Plaintiff,<br><br>   v.<br><br>LOBEL FINANCIAL CORPORATION,<br><br>                Defendants | Case No. 1:19-cv-00693-LJO-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S VOLUNTARY DISMISSAL<br><br>(ECF NO. 9) |

On June 5, 2019, Plaintiff Jose Rios Blas filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with prejudice. As Plaintiff has dismissed this case with prejudice, the Clerk of Court is ORDERED to close this case.

IT IS SO ORDERED.

    Dated:   **June 6, 2019**                     /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE